IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case or Violation Notice Number: 05-7150 M

UNITED STATES OF AMERICA,

vs.

Miguel Martinez, Defendant

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

I have been advised by a United States Magistrate Judge of the nature of the offense against the laws of the United States with which I have been charged and the possible penalties that I face, if I am found guilty at trial or if I plead guilty.

I further state that I have been advised by the Magistrate Judge that I have the right to a trial, judgment, and sentencing before a United States District Judge of this Court. I understand that this case may proceed before a Magistrate Judge only upon my consent.

Having been advised of the above rights, I do hereby waive the same and consent to allow all proceedings to proceed before a United States Magistrate Judge.

DATED this 15TH day of February, 06.

_____    _____
Attorney for Defendant              Defendant

ORDER

IT IS HEREBY ORDERED that Defendant's consent to proceed before a United States Magistrate Judge is approved. The Court finds that this consent is made freely and voluntarily, with Defendant's full knowledge of the right to proceed before a United States District Judge of this Court.

DATED this 15th day of February, 2006.

BY THE COURT

_____
United States Magistrate Judge